JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
| Plaintiff, | **Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| MOHAMMED HONARI, | |
| MARK CANLAS CUYUGAN, | |
| MARLON ECHON MELU, | |
| FELIPE AGAPITO GATCHALIAN RAAGAS, | |
| Defendants. | |

Pursuant to LR IA 11-6(b), the United States moves this Court to allow James A. Blum to withdraw as the forfeiture attorney of record for the United States of America in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the trial, or any

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

hearing, and good cause is shown since undersigned is no longer residing in the District of Nevada and is no longer representing the United States in the District of Nevada.

Dated: July 15, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ James A. Blum*
JAMES A. BLUM
Assistant United States Attorney


IT IS SO ORDERED:

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

DATED: July 18, 2022