DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-000300-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | **(First Request)** |
| MOHAMMAD HONARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, United States Attorney, and Ed Veronda, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant Mohammad Honari, that the Defendant's change of plea, currently scheduled for June 5, 2023 at 10AM, be continued to June 12, 2023 at 10AM.

The Stipulation is entered into for the following reasons:

1.      Defendant is aware of this request and is in agreement.

2.      Defense counsel has an oral argument in front of the 9th Circuit on Tuesday, June 6, 2023, for which counsel was recently informed that the case would not be submitted on the briefs and argument would be held. Defense counsel's flight schedule to San Francisco conflicts with the change of plea as currently set.

3.      The additional time requested is not for the purposes of delay, but to allow defense counsel to resolve a scheduling conflict.

4.      Denial of this request for continuance could result in a miscarriage of justice.

1        5.     Accordingly, the parties hereby stipulate to continue Defendant Mohammad

2   Honari's change of plea to June 12, 2023 at 10AM.

3        DATED this 1st day of June 2023.

4

5                              By: */s/ Ed Veronda*

6                                ED VERONDA
    *Counsel for the Government*

7

8                              By: */s/ Daniel Hill*
                                DANIEL HILL

9                           *Counsel for the Defendant*

10

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

| | |
|---|---|
| 4  UNITED STATES OF AMERICA, | Case No. 2:19-cr-000300-JCM-EJY |
| 5         Plaintiff, | |
| 6    v. | **ORDER** |
| 7  MOHAMMAD HONARI, | |
| 8         Defendant. | |

9

10      Based upon the stipulation of the parties and good cause appearing,

11      IT IS HEREBY ORDERED that the change of plea in the above-captioned matter currently

12 scheduled for June 5, 2023 at 10AM be vacated and continued to **June 12, 2023 at 10:00 AM.**

13

14      DATED __June 2, 2023_____.

15
16
17                           _____

18                         HON. JAMES C. MAHAN
                            UNITED STATES DISTRICT JUDGE

19
20
21
22
23
24
25
26
27
28