FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 2 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| MOHAMMED HONARI, | |
| Defendant. | |

This Court finds Mohammed Honari pled guilty to Count 3 of a 16-Count Criminal Indictment charging him with bank fraud in violation of 18 U.S.C. § 1344(1). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 390; Plea Agreement, ECF No. 391

This Court finds Mohammed Honari agreed to the imposition of the in personam criminal forfeiture money judgment of $159,246.15 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 391; Change of Plea, ECF No. 390

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1344(1), or a conspiracy to commit such offense and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 1344(1), affecting a financial institution and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

This Court finds that Mohammed Honari shall pay an in personam criminal forfeiture money judgment of $159,246.15 to the United States of America, not to be held jointly and severally liable with any codefendants and the collected money judgment

1 amount between the codefendants is not to exceed $281,034.60 under Fed. R. Crim. P.
2 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C.
3 § 982(a)(2)(A); and 21 U.S.C. § 853(p).

4 This Court finds that on the government's motion, the Court may at any time enter
5 an order of forfeiture or amend an existing order of forfeiture to include subsequently
6 located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

7 The in personam criminal forfeiture money judgment complies with *United States v.*
8 *Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States*
9 *v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir.
10 2021).

11 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
12 the United States of America recover from Mohammed Honari an in personam criminal
13 forfeiture money judgment of $159,246.15.

14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
15 copies of this Order to all counsel of record and three certified copies to the United States
16 Attorney's Office, Attention Asset Forfeiture Unit.

17 DATED _June 12_, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2