JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: edward.g.veronda@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED HONARI<br>Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**Stipulation to Continue Sentencing Date and Motion for Good Cause to Extend the Time Allotted for the Sentencing Hearing** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant Mohammed Honari (hereinafter, the Defendant), that the sentencing hearing currently scheduled for September 13, 2023, at 10:00 a.m. be vacated and continued until a time convenient to the Court but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The undersigned is engaged in a jury trial before the Honorable Judge Kent J. Dawson that commences on Monday, September 11, 2023 in *United States v. David Litwin*, 11-cr-00347-KJD. The trial is expected to last at least two weeks.

2. In addition, the agent for the US Secret Service who will testify as to the proper restitution and loss amount is unavailable, as he is on protection detail for the United Nations General Assembly.

3. Defendant is out of custody and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Both the restitution amount and the loss amount, pursuant to the plea agreement, will be disputed. Honari will be requesting a loss amount of $40,000. The Government will be seeking a loss amount greater than $250,000. The Government must prove the loss amount by a preponderance of the evidence. This will require the testimony of cooperating witnesses and a US Secret Service agent, who Honari will have the right to cross examine. Therefore, there is good cause to extend the sentencing hearing beyond one hour, as Honari has a constitutional right to confront the Government's witnesses at his sentencing hearing.

WHEREFORE, the United States of America, and the Defendants jointly request that the trial date in this matter be continued for at least 30 days.

DATED this 5th day of September, 2023.

For the United States of America:

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda*
Edward G. Veronda
Assistant United States Attorney

For the Defendants:

*/s/ Daniel Hill*
Daniel Hill, Esq.
Counsel for Mohammad Honari

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-JCM-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MOHAMMED HONARI, et. al | |
| Defendants | |

Based upon the pending Stipulation, the Court finds that:

1. Government's counsel and the US Secret Service agent are unavailable for the scheduled sentencing hearing on September 13, 2023.

2. The additional time requested herein is not sought for purposes of delay.

For all of the above stated reasons, the ends of justice would be best served by a continuance.

3. In addition, there is good cause for the sentencing hearing to be scheduled greater than one hour as the Government will be calling witnesses to prove the loss amount, pursuant to the plea agreement Honari entered into.

IT IS THEREFORE ORDERED that the sentencing hearing for September 13, 2023 at 10:00 a.m., be vacated and continued to **October 13, 2023, from 10:00 a.m. to 11:30 a.m.**

DATED September 6, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE