1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 2:19-CR-300 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| MOHANNED HONARI, et al., | |
| Defendant(s). | |

Presently before the court is assistant federal public defender Heidi A. Ojeda's motion for appointment of CJA counsel for defendant Darren Eugene Vaden.  (ECF No. 425).  Ms. Ojeda previously filed a motion for appointment of counsel for the defendant but withdrew that motion before the court approved it.  (ECF No. 406, 410).  Ms. Ojeda informed the court that a conflict of interest exists with the defendant.  (ECF No. 410).

Accordingly, IT IS HEREBY ORDERED that KENDALL S. STONE, Esq. is APPOINTED as counsel for DARREN EUGENE VADEN for all future proceedings.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1         IT IS FURTHER ORDERED that an attorney appointed under the Criminal Justice Act

2    will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for

3    service within or outside of the District of Nevada.  The cost of process, fees, and expenses of

4    witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the government.  If

5    the court is satisfied that the individual is unable to pay fees and expenses of subpoenaed

6    witness(es), the United States marshal shall provide such subpoenaed witness(es) advance

7    funds.for the purpose of travel and subsistence within the District of Nevada.  Any subpoenas

8    served on behalf of the individual, the return thereon to this court shall be sealed, unless otherwise

9    ordered.

10        DATED November 20, 2023.

11

12   _____
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -