# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMED HONARI,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**ORDER** |

　　　　This matter comes before the Court on the parties' stipulation to extend the Defendant's surrender date by 45 days. Based upon the stipulation and good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendant shall surrender for service for sentence at the institution designated by the BOP before 12pm on March 4, 2024.

　　　　DATED this _18th_ day of January 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE