JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: edward.g.veronda@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED HONARI,<br><br>Defendants. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**Stipulation to Extend Deadline to Respond to Honari's Motion for Bail Pending Appeal [ECF No. 460]** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant Mohammed Honari, that the deadline to response to Honari's Motion for Bail Pending Appeal be extended to **Friday, February 9, 2024**

This Stipulation is entered into for the following reasons:

1. Counsel for the Government needs three additional days to consider, research and draft a response.

2. Defendant Honari is currently not incarcerated, and agrees with the request.

3. The additional time requested herein is not sought for purposes of delay.

WHEREFORE, the United States of America, and the Defendant jointly request that the deadline to Respond to Honari's Motion for Bail Pending Appeal be extended to **Friday, February 9, 2024.**

DATED this 6th day of February 2024.

| For the United States of America: | For the Defendant: |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | ␣␣␣*/s/ Daniel Hill*␣␣␣␣␣␣␣␣␣␣␣␣<br>Daniel Hill, Esq.<br>Counsel for Mohammad Honari |
| */s/Edward G. Veronda*␣␣␣␣␣␣␣<br>Edward G. Veronda<br>Assistant United States Attorney | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MOHAMMED HONARI,<br>             Defendants. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**ORDER** |

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. Counsel for the Government needs three additional days to consider, research and draft a response.

2. Defendant Honari is currently not incarcerated and agrees with the request.

3. The additional time requested herein is not sought for purposes of delay.

IT IS THEREFORE ORDERED that the deadline to respond to Honari's Motion for Bail Pending Appeal be extended to February  9  , 2024

IT IS SO ORDERED.

DATED February 7, 2024.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE