DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
2810 W. Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MOHAMMED HONARI,<br><br>        Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**STIPULATION TO CONTINUE SURRENDER DATE**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, United States Attorney, and Edward Veronda, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant Mohammed Honari, that the Defendant's surrender date be extended 45 days, until 12PM on April 18, 2024.

The Stipulation is entered into for the following reasons:

1.     Mr. Honari is currently on PR bond, which he has been on without incident for four years.

2.     Mr. Honari was sentenced after an evidentiary hearing on October 16, 2023, and has since filed a notice of appeal to the Ninth Circuit.

3.     Mr. Honari filed a motion for bail pending appeal before this Court on January 22, 2024. Briefing on that motion is complete and the matter is submitted to the Court. The parties await the Court's order on that motion.

4.     Furthermore, Mr. Honari's mother died on February 14, 2024, and the religious observances and burial procedures will extend past the current surrender date.

5.    Accordingly, the parties hereby stipulate to extend Mr. Honari's surrender date to 12PM on April 18, 2024 to his designated facility.

DATED this 21st day of February 2024.

By: */s/ Edward Veronda*
EDWARD VERONDA
*Counsel for the Government*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for the Defendant*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-2-

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MOHAMMED HONARI, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulation to extend the Defendant's surrender date by 45 days. Based upon the stipulation and good cause appearing,

IT IS HEREBY ORDERED that Defendant shall surrender for service of sentence at the institution designated by the BOP before 12pm on April 18, 2024.

DATED: February 23, 2024

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

-3-