UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>MOHAMMED HONARI, et al.,<br><br>Defendant(s). | Case No. 2:19-CR-300 JCM (EJY)<br><br>ORDER |

This court sentenced the defendant, Mohammed Honori, on October 16, 2023. (ECF No. 414). At that time, the court set a self-surrender for January 19, 2024. (*Id.*). Honori then noticed an appeal (ECF No. 418), and the court continued Honori's self-surrender date to March 4, 2024, to allow him time to file a motion for bail pending appeal. (ECF Nos. 457, 458). After Honori's motion was filed, his self-surrender date was continued again to April 18, 2024. (ECF No. 468).

On April 3, this court issued an order denying Honori's motion for bail pending appeal. (ECF No. 472). This left the April 18 self-surrender date intact, but on April 8, Honori filed a motion for bail pending appeal in the Ninth Circuit. (9th Cir. Case No. 23-3245, Docket No. 8). Under Ninth Circuit Rule 9-1.2(e), an automatic stay of self-surrender is triggered when a defendant files a motion for bail pending appeal.[1] Honori was therefore not required to self-surrender until the Ninth Circuit ruled on his motion.

On May 8, 2024, the Ninth Circuit issued an order denying Honori's motion for bail pending appeal. (ECF No. 474).

---

[1] "If the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion."

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the defendant, Mohammed Honori, must self-surrender at the facility designed by the Bureau of Prisons **by noon on May 31, 2024**.

DATED April 3, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**